# RECEIVED

JAN 2 7 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Shannon Estese
2200 w. 19th st 3r
Chicago il, 60608
(312) 566-6661

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

SHANNON ESTESE, pro se,

      **Plaintiff,**

vs,

      **No.**

PORTFOLIO RECOVERY ASSOCIATES, LLC

      **Defendant.**

_____/

1:12-cv-00616
Judge Matthew F. Kennelly
**Magistrate Judge Geraldine Soat Brown**

**COMPLAINT**

## PRELIMINARY STATEMENT

1.

This is an action for damages brought from violations of the Fair Credit Reporting Act    (FCRA)

15 U.S.C. §1681 *et seq.*

## JURISDICTION

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

## FACTUAL ALLEGATIONS

3. In Sep. 2010,

Defendant initiated a soft pull of Plaintiff's credit report from   Trans Union without

permissible purpose.

COMPLAINT page ____

## COUNT I

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

### WILLFUL NON-COMPLIANCE BY DEFENDANT PORTFOLIO RECOVERY ASSOC

4. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

5. **PORTFOLIO RECOVERY ASSOC** is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

6. **PORTFOLIO RECOVERY ASSOC** willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) **PORTFOLIO RECOVERY ASSOC** willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against **PORTFOLIO RECOVERY ASSOC**. for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

### NEGLIGENT NON-COMPLIANCE BY DEFENDANT PORTFOLIO RECOVERY ASSOC

7. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

8. **PORTFOLIO RECOVERY ASSOC**. is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

9. **PORTFOLIO RECOVERY ASSOC**. negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) **PORTFOLIO RECOVERY ASSOC**. negligently violated 15 U.S.C. §1681b(f)

COMPLAINT  page ____

by obtaining Plaintiff's consumer report without a permissible purpose as defined

by15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against

**PORTFOLIO RECOVERY ASSOC.** for actual damages, and attorney's fees and costs,

pursuant to 15 U.S.C. § 1681o.

**WHEREFORE,** Plaintiff demands judgment for damages against **PORTFOLIO RECOVERY**

**ASSOC.** and $2,000 for actual or statutory damages, and punitive

damages,        attorney's fees and costs, pursuant to **15 U.S.C. §1681n (a) (3) and 15 U.S.C.**

**§1681o (a)**

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 13th day of Dec., 2011

Shannon Estese
2200 w. 19th st 3r
Chicago Il. 60608
(312) 566-6661

COMPLAINT page ____