11/06/08

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

FILED
JAN 2 7 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

Shannon Estese,
_____
Plaintiff

v.

Portfolio Recovery Assoc. LLC.
_____
Defendant(s)

Case Num: 1:12-cv-00616
Judge Matthew F. Kennelly
**Magistrate Judge Geraldine Soat Brown**
Judge:

---

***Instructions:*** Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place an X in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

***Application:*** I, Shannon Estese, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions ***under penalty of perjury.***

1. Are you currently incarcerated? ☐ Yes ☒ No
   (If "No," go to Question 2)
   I.D. #: N/A   Name of prison or jail: N/A
   Do you receive any payment from the institution? ☐ Yes ☐ No
   Monthly amount: N/A

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "yes," state your:
      Monthly salary or wages: N/A
      Name and address of employer: N/A
      N/A

   b. If the answer is "no," state your:
      Beginning and ending dates of last employment: Aug 2011 – Nov 2011
      Last monthly salary or wages: ~700
      Name and address of last employer: Cantina Laredo
      State of Illinois

3. Are you married? ☐ Yes ☒ No
   If the answer is "yes," is your spouse currently employed? ☐ Yes ☐ No
   Spouse's *monthly* salary or wages: ___N/A___
   Name and address of spouse's employer: ___N/A___
   ___N/A___

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark an X next to "Yes" or "No" in each of the categories a. through g, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   a. ☐ Salary or ☐ wages ☐ Yes ☒ No
      Amount: ___N/A___ Received by: ___N/A___

   b. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☒ No
      Amount: ___N/A___ Received by: ___N/A___

   c. ☐ Rental income, ☐ interest or ☐ dividends ☐ Yes ☒ No
      Amount: ___N/A___ Received by: ___N/A___

   d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ child support
      ☐ Yes ☒ No
      Amount: ___N/A___ Received by: ___N/A___

   e. ☐ Gifts or ☐ inheritances ☐ Yes ☒ No
      Amount: ___N/A___ Received by: ___N/A___

   f. ☒ Unemployment, ☐ welfare or ☐ any other public assistance
      ☒ Yes ☐ No
      Amount: $1200 Received by: Shannon Estes

   g. ☐ Any other sources (describe source: ___N/A___) ☐ Yes ☒ No
      Amount: ___N/A___ Received by: ___N/A___

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No
   Total amount: ___N/A___
   In whose name held: ___N/A___ Relationship to you: ___N/A___

6. Do *you or anyone else living at the same residence* own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
   Property: ___N/A___ Current value: ___N/A___
   In whose name held: ___N/A___ Relationship to you: ___N/A___

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc.  ☐Yes  ☒No
   Type of property and address: ___N/A___
   Current value: ___N/A___ Equity: ___N/A___ (Equity is the difference between what the property is worth and the amount you owe on it.)
   In whose name held: ___N/A___ Relationship to you: ___N/A___
   Amount of monthly mortgage or loan payments: ___N/A___
   Name of person making payments: ___N/A___

8. Do *you or anyone else living at the same residence* own any automobiles with a current market value of more than $1000?  ☐Yes  ☒No
   Year, make and model: ___N/A___
   Current value: ___N/A___ Equity: ___N/A___ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
   Amount of monthly loan payments: ___N/A___
   In whose name held: ___N/A___ Relationship to you: ___N/A___
   Name of person making payments: ___N/A___

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?  ☐Yes  ☒No
   Property: ___N/A___
   Current value: ___N/A___ Equity: ___N/A___ (Equity is the difference between what the property is worth and the amount you owe on it.)
   Amount of monthly loan payments: ___N/A___
   In whose name held: ___N/A___ Relationship to you: ___N/A___
   Name of person making payments: ___N/A___

10. List the persons *who live with you* who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☒ None.
    ___N/A___

11. List the persons *who do not live with you* who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☐ None.
    ___Lovis Estese  $300___

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 01-27-12

_____
Signature of Applicant

Shannon Estese
(Print Name)

**NOTICE TO PRISONERS:** <u>In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____       _____
Date                                                    Signature of Authorized Officer

                                                         _____
                                                         (Print Name)