**APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a
pro se party (that is, without an attorney).

NAME: _____Shannon Estese_____
(Please print)

STREET ADDRESS: _____2200 w. 19th St._____

CITY/STATE/ZIP: _____Chicago Il. 60608_____

PHONE NUMBER: _____(312) 566-6661_____

CASE NUMBER: _____  1:12-cv-00616
Judge Matthew F. Kennelly
**Magistrate Judge Geraldine Soat Brown**

_____  _____01-27-12_____
Signature                              Date

**FILED**

JAN 2 7 2012

**THOMAS G BRUTON
CLERK, U S DISTRICT COURT**