

RETURN FOR CLERKS OFFICE

UNITED STATES MARSHALS SERVICE CIVIL DESK

**Date of return to Clerk's office:** 5/2/12

**FILED**

**MAY - 2 2012**

**THOMAS G BRUTON**
**CLERK, U S DISTRICT COURT**

**Case Number:** 12C616

**Received documents for service from Clerk's office on:** 3/12/12

**Mailed USM-285 to Plaintiff on:** 3/13/12

**Returning Writs/Summons to the Clerk's office for the following reason:**

Plaintiff did not return the USM-285 form in the 30 day timeframe, therefore all documents are being returned to the Clerk's office.

# United States District Court
## Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

Shannon Estese

CASE NUMBER: 12 C 616

Vs.

JUDGE: Matthew F. Kennelly

Portfolio Recovery Associates, LLC

TO: Portfolio Recovery Associates, LLC
C/O National Register Agents Inc.
200 W. Adams
Chicago, IL 60606

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon pro se plaintiff:

Shannon Estese
2200 W. 19th Street
3R
Chicago, IL 60608
(32) 566-6661

an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Thomas G. Bruton, Clerk

By: _____
/s/ V. Jones, Deputy Clerk

Dated: March 12, 2012

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]  Served personally upon the defendant. Place where served: _____

_____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

[ ]  Returned unexecuted: _____

[ ]  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____

_____
          Date              Signature of Server

                                                                   Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.