# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 616 | **DATE** | 5/31/2012 |
| **CASE TITLE** | Estese vs. Portfolio ||||

**DOCKET ENTRY TEXT**

Plaintiff fails to appear for status hearing. Case is dismissed for want of prosecution.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|